UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tenecia Porter, as Next Friend of
A.E.,

               Plaintiff,

v.

Thomas Blalock, *et al.*,

               Defendants.

_____/

Case No. 24-10226

Judith E. Levy
United States District Judge

Mag. Judge Curtis Ivy, Jr.

## ORDER STRIKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [17]

The Court has reviewed the Defendants' motion for summary judgment. (ECF No. 17.) The Court strikes this document for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2. <u>Exhibits for Defendants' motion for summary judgment contain full birthdays and minor names. (*See, e.g.*, ECF No. 17-2, PageID.233; ECF No. 17-11, 17-16.)</u>

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: _____.

The document and all exhibits (ECF No. 17) are STRICKEN and not part of the record. The document and exhibits must be refiled in full compliance with the applicable rules by **June 3, 2025**.

IT IS SO ORDERED.

Dated: May 30, 2025          s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                             United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 30, 2025.

                                    s/Amanda Chubb
                                      AMANDA CHUBB
                                      Case Manager